```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 04540
   JAMIE J MICHELS
   CRYSTAL L MICHELS                           CHAPTER 13

                                               JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-6273     SSN XXX-XX-8598

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/15/07 .

   2.  The case was converted to Chapter 7 without confirmation, 05/09/2007.
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| MITSUBISHI MOTOR CRED OF | SECURED VEHIC | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| MITSUBISHI MOTOR CRED OF | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| GLEN OAKS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANCE ONE RECEIVABLES | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN MEDICAL COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR PROTECTION ASSO | UNSECURED | NOT FILED | .00 | .00 |
| EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| STERLING JEWELERS | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| UNITED COMPUCRED | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| VICTORIAS SECRET | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL BANK | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:
-------------------------------------------------------------------------------
            SECURED      PRIORITY      UNSECURED       OTHER        TOTAL

```
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED              .00           .00           .00           .00           .00
PRINCIPAL PAID                  .00           .00           .00           .00           .00
INTEREST PAID                   .00           .00           .00           .00           .00
TOTAL PAID                      .00           .00           .00           .00           .00
```

The Debtor's attorney, MICHAEL HOARD                  , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 08/17/07                       /S/
                                                       GLENN STEARNS
                                                       CHAPTER 13 TRUSTEE